BONE v. INSURANCE CO.

No. 31 PC.

Case below: 10 N.C. App. 393.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 April 1971.


BUILDERS SUPPLIES CO. v. GAINEY

No. 17 PC.

Case below: 10 N.C. App. 364.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 April 1971.


EVANS v. EVERETT

No. 28 PC.

Case below: 10 N.C. App. 435.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 6 April 1971.


HENDRIX v. ALSOP

No. 85.

Case below: 10 N.C. App. 338.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 April 1971.


STATE v. CROSBY

No. 19 PC.

Case below: 10 N.C. App. 363.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 April 1971.